COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No    01-12-01065-CV; *In re St. Luke's Sugar Land Partnership, L.L.P.*, Relator

Original Proceeding on Petition for Writ of Mandamus from *Shatish Patel, M.D. and Hemalatha Vijayan M.D., Subodh Sonwalkar, M.D., Wolley Oladut, M.D. v. St. Luke's Sugar Land Partnership, L.P.*, Cause No. 2011-24016, in the 152nd District Court of Harris County, Texas.

On November 20, 2012, relator, St. Luke's Sugar Land Partnership, filed a petition for writ of mandamus challenging the trial court's November 2, 2012 order compelling production of certain documents and an "Expedited Motion for Temporary Stay" of the trial court's order. The Court requests a response to the Expedited Motion for Temporary Stay, to be filed no later than 1:00 p.m on Wednesday, November 21, 2012. The mailbox rule is suspended. *See* TEX. R. APP. P. 2.

It is so ORDERED.

Judge's signature:  /s/ Justice Massengale
                    Acting individually

Date: November 20, 2012